IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:18MJ 579 |
| | ) | |
| CURTIS T. STOUGH, | ) | |
| Defendant. | ) | |

AFFIDAVIT IN SUPPORT OF A
CRIMINAL INFORMATION AND SUMMONS

I, Special Agent Judd A. Leinum, being duly sworn, state:

INTRODUCTION

1. I am a Special Agent with the U.S. Army Criminal Investigation Command. I am currently assigned to the Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia. I have been employed as a Special Agent with the United States Army since April of 2016. My responsibilities include investigating violations of United States Federal Statutes and Virginia state penal codes. I have been trained comprehensively in conducting physical assault investigations.

2. This affidavit is made in support of a criminal information and summons for the following defendant, CURTIS T. STOUGH, did unlawfully assault Ms. Carmen Cordova Garcia. (In violation of Title 18, United States Code, Section 113(a)(5)).

3. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation, as well as the observations of other law enforcement officers

1

involved in this investigation. All observations that were not personally made by me were related to me by the person(s) who made such observations.

4. This affidavit contains the information necessary to support probable cause for these applications. The affidavit is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE FOR ARREST

5. On August 9, 2018, US Army Criminal Investigation Command (USACIDC), Fort Belvoir, Virginia (FBVA) was notified by the Fort Belvoir Department of Emergency Services (DES) of an assault allegation that occurred on August 9, 2018. CID responded to the Staybridge Suites, 9215 Woodbury Road, Fort Belvoir, VA 22060.

6. When interviewed, Ms. Carmen Cordova Garcia, with the assistance of a translator, related that while she was working as a Housekeeping Maid at the Staybridge Suites on Fort Belvoir that day, she was on the second floor with her friend who is also her coworker, Ms. Flores, when a man, later identified as Mr. Stough, came to the second floor and was staring down the hall looking around then went back in to the stairwell. Ms. Cordova Garcia related she went in the room to clean and came back out to bring trash when she again saw Mr. Stough, who approached her and asked her for lotion. Ms. Cordova Garcia provided him the lotion, he then thanked her, hugged her and ran his hand down her back on to her buttocks, touching her buttocks with his hand. Ms. Cordova Garcia stated she was shocked and went to find Ms. Flores.

7. When interviewed, Ms. Flores, with the assistance of a translator, related that while she was working as a Housekeeping Maid at the Staybridge Suites on Fort Belvoir that day, she went up to the Second Floor of Staybridge Suites, to assist Ms. Cordova Garcia in cleaning

Room 201 and they started chatting. Ms. Flores then stated she noticed a middle-aged man, walk past the room and he appeared to be lurking in their general area. Ms. Flores described the man as white, tall, bald, and added that he appeared drunk. Ms. Flores also stated she knew the man stayed in Room 318 as he had been staying at the hotel for quite some time. Ms. Flores stated she then left the Room 201 and went to Room 212 to begin cleaning the room. Not long after she started cleaning, Ms. Flores stated Ms. Cordova Garcia ran over to her and stated the aforementioned male had had touched her on the shoulder and butt with his hand after asking for lotion. Ms. Flores stated Ms. Cordova Garcia appeared nervous and scared. Ms. Flores stated they both went back out into the hallway and noticed the male was still there so they ran back into Room 212 and called their Supervisor.

8. On August 9, 2018, I made contact with Mr. Stough who was in his hotel room and seemed as if he had just been woken up. Mr. Stough was verbally advised of his rights, which he waived and answered questions. Mr. Stough stated he had a couple of beers while at lunch and then returned to his hotel room. Mr. Stough further stated he had approached Ms. Cordova Garcia asking for lotion but does not remember touching her buttocks. Mr. Stough was given a portable breathalyzer test while at the hotel which he blew a .124 BAC and I terminated the interview.

9. On August 10th 2018, SA Leinum advised Mr. Stough of his legal rights on a rights waiver document, which he waived and provided an audio/visual recorded statement. Mr. Stough stated he remembered approaching Ms. Cordova Garcia in the hotel asking for lotion. Mr. Stough stated he did give Ms. Cordova Garcia a hug but did not remember touching her buttocks but that his hand might have brushed up against her buttocks.

## CONCLUSION

10. Based on my training and experience, I respectfully submit that there is probable cause to believe that on August 9, 2018, at Fort Belvoir, Virginia, which is located within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, CURTIS T. STOUGH, did unlawfully assault Ms. Carmen Cordova Garcia. (In violation of Title 18, United States Code, Section 113(a)(5)).



Judd A. Leinum, M.A., CFE
Special Agent, USACIDC
Fort Belvoir Virginia

SUBSCRIBED AND SWORN TO
BEFORE ME IN MY PRESENCE
THIS 9th DAY OF October 2018

NOTARY PUBLIC